1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
RICHARD H. HIKIDA (SBN 196149)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
E-mail:  hurleyg@gtlaw.com; hikidar@gtlaw.com

Attorneys for Defendant
SPROUTS FARMERS MARKET, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | CASE NO. 08 CV 0121 JM CAB<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

THE PARTIES BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD HEREBY STIPULATE AS FOLLOWS:

Defendant Sprouts Farmers Market, LLC ("Sprouts") was served with the summons and complaint in this action on January 31, 2008. Its time to respond to the Complaint currently expires on February 20, 2008. Sprouts has requested a fourteen (14) day extension of time to respond to Plaintiff's Complaint. Plaintiff graciously agreed to the requested extension of time. Based upon the foregoing, the parties hereby stipulate and agree that Sprouts' response to the Complaint should be due on or before March 5, 2008.

IT IS SO STIPULATED:

DATED: February 15, 2008          GREENBERG TRAURIG, LLP


                                  By /s/ Richard H. Hikida
                                  RICHARD H. HIKIDA
                                  Attorneys for Defendant Sprouts Farmers Market, LLC
                                  E-mail: hikidar@gtlaw.com

DATED: February 15, 2008          PINNOCK & WAKEFIELD


                                  By:    s/ Michelle L. Wakefield
                                         Attorney for Plaintiffs
                                         E-mail: MichelleWakefield@ PinnockWakefieldLaw.com

OC 286,225,074v1 2/19/2008

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On February 19, 2008, I served the **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| Theodore A. Pinnock, Esq.<br>David C. Wakefield, Esq.<br>Michelle L. Wakefield, Esq.<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>Tel: 619-858-3671<br>Fax: 619-858-3646 | Counsel for Plaintiffs<br>Outerbridge Access Association, suing on behalf of Diane Cross; and Diane Cross |

☒ **NOTICE OF ELECTRONIC FILING:**
On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number on this date.

☒ **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 19, 2008, at Irvine, California.

_____
Signature

_____
Richard H. Hikida
Print Name

2