1  **PINNOCK & WAKEFIELD, A.P.C.**
   Michelle L. Wakefield, Esq.    Bar #: 200424
2  David C. Wakefield, Esq.       Bar #: 185736
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9

10 | OUTERBRIDGE ACCESS ASSOCIATION,      | Case No.:   08cv0121 JM (CAB)
11 | SUING ON BEHALF OF DIANE CROSS;      |
   | and DIANE CROSS, An Individual,      | NOTICE OF VOLUNTARY DISMISSAL
12 |                                      | WITH PREJUDICE OF ONLY
   |             Plaintiffs,              | DEFENDANT LOEHMANN'S, INC.
13 |                                      | d.b.a. LOEHMANN'S FROM
14 |       v.                             | PLAINTIFFS' COMPLAINT
15 | S. B. RESTAURANT CO. d.b.a. ELEPHANT |
   | BAR; SPROUTS FARMERS MARKET, LLC     |
16 | d.b.a. SPROUTS FARMERS MARKET;       | [Fed.R.Civ.P. Rule 41(a)(2)]
17 | SPORT CHALET, INC. d.b.a. SPORTS     |
   | CHALET #67; LOEHMANN'S, INC. d.b.a.  |
18 | LOEHMANN'S; KYUNG AH PARK d.b.a.     |
   | FASHION 5; GRAND PLAZA, LLC; AND     |
19 | DOES 1 THROUGH 10, Inclusive,        |
20 |                                      |
   |            Defendants.               |
21

22

23

24
         **IT IS HEREBY REQUESTED** by OUTERBRIDGE ACCESS ASSOCIATION,
25
   SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs, via
26
   their attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1), this
27
   Court enter a voluntary dismissal with prejudice of ONLY Defendant LOEHMANN'S, INC.
28
   d.b.a. LOEHMANN'S from Plaintiff's Complaint, Case No: 08cv0121 JM (CAB). Additionally,

this dismissal with prejudice of ONLY Defendant LOEHMANN'S, INC. d.b.a. LOEHMANN'S shall not affect the continuing litigation of this matter against the remaining Defendants.

**IT IS SO REQUESTED AND NOTICE SO GIVEN.**

                                      **PINNOCK & WAKEFIELD, APC**

Dated: February 20, 2008     By:    s/ Michelle L. Wakefield
                                                MICHELLE L. WAKEFIELD, ESQ.
                                                Attorneys for PLAINTIFFS
                                                E-mail:
                                                MichelleWakefield@PinnockWakefieldLaw.com

1 | **PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
2 | David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
3 | San Diego, CA 92103
Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646

5 | Attorneys for Plaintiffs

6 |

7 | UNITED STATES DISTRICT COURT

8 | SOUTHERN DISTRICT OF CALIFORNIA

9 |

10 | OUTERBRIDGE ACCESS ASSOCIATION,    Case No.: 07cv2129 BTM (AJB)
SUING ON BEHALF OF DIANE CROSS;
11 | and DIANE CROSS, An Individual,
12 |                                                       PROOF OF SERVICE VIA ECF
          Plaintiffs,
13 |
14 |     v.                                              [Fed.R.Civ.P. 6(e)]

15 | S. B. RESTAURANT CO. d.b.a.
ELEPHANT BAR; SPROUTS FARMERS
16 | MARKET, LLC d.b.a. SPROUTS
17 | FARMERS MARKET; SPORT CHALET,
INC. d.b.a. SPORTS CHALET #67;
18 | LOEHMANN'S, INC. d.b.a.
LOEHMANN'S; KYUNG AH PARK d.b.a.
19 | FASHION 5; GRAND PLAZA, LLC; AND
20 | DOES 1 THROUGH 10, Inclusive,

21 |        Defendants.

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

1     Case Number: 08cv0121 JM (CAB)

1
2    On this date, I served the following document(s) described as **<u>NOTICE OF</u>**
3  **<u>VOLUNTARY DISMISSAL WITH PREJUDICE OF ONLY DEFENDANT</u>**
4  **<u>LOEHMANN'S, INC. d.b.a. LOEHMANN'S FROM PLAINTIFFS' COMPLAINT</u>** on all
5  Defendants who have appeared in this action:
6
7    __X__ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States
8  District Court, Southern Division of California, Case Management/Electronic Case Files, Filing
9  System. I served a copy of the above listed document(s) to the e-mail addresses of the
10 addressee(s) by use of email as identified and maintained therein.
11
12 AND/OR BY:
13    _____ placing _____ the original _____ a true copy
14 thereof enclosed in sealed enveloped addressed as stated above.
15
16    _____ **BY MAIL:** I am readily familiar with the firm's practice of collection and
17 processing correspondence for mailing. Under that practice, it would be deposited with the U.S.
18 Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego,
19 California, in the ordinary course of business. I am aware that on motion of the party served,
20 service is presumed invalid if postal cancellation date or postage meter date is more than one day
21 after date of deposit for mailing in affidavit.
22
23    _____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the
24 facsimile numbers listed above on the mailing list. The facsimile machine I used complied with
25 Rule 6 (e), and no error was reported by the machine.
26
27
28

1  __X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of
2  this Court, at whose direction this service was made.

4  **EXECUTED** on February 20, 2008, at San Diego, California.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Angela Payne