# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR, et al.,<br><br>Defendants. | CASE NO. 08 CV 0121 JM (CAB)<br><br>**ORDER RE: JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

For good cause shown, it is hereby **ORDERED** that Defendant Sprouts Farmers Market, LLC shall have up to and including March 5, 2008, to respond to the Complaint herein.

**IT IS SO ORDERED.**

**DATED: February 20, 2008**

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties

- 1 -                                                                                                08cv0121