1

2

3  # UNITED STATES DISTRICT COURT

4  # SOUTHERN DISTRICT OF CALIFORNIA

FILED

FEB 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

5

6   Outerbridge Access Association, et al.)
            Plaintiff        )
7                              )      Case Number:08cv121 JM(CAB)
       vs                     )
8                              )      **NOTICE OF NONCOMPLIANCE WITH**
                               )      **LOCAL RULE 5.4(a) MANDATORY**
9   S.B. Restaurant Co., et al.    )   **ELECTRONIC FILING**
            Defendant          )
10  _____)

11  Document Submitted: Answer to Complaint

12  Filed by Attorney: John Horwitz

13  The document(s) listed above were not submitted electronically and therefore do not comply with
14  Local Rule 5.4(a).

15  L.R. 5.4(a) - Except as proscribed by local rule, order or other procedure, the court has designated all
    cases to be assigned to the Electronic Filing System. Unless otherwise expressly provided in the
16  Court's Electronic Case Filing Administrative Policies and Procedures Manual, the Court's Local
    Rules, or in the exceptional circumstances preventing a registered user from filing electronically, as
17  of November 1, 2006 all petitions, motions, memoranda of law, or other pleadings and documents
    required to be filed with the court by a registered user in connection with a case assigned to the
18  Electronic Filing System shall be electronically filed.
19

20  A copy of this notice has been provided to counsel of record for this party.

21  **Counsel must register for CM/ECF on the court's web site, www.casd.uscourts.gov, within 5
    business days of receipt of this notice.**
22

23  Please take notice, further documents submitted that do not comply with this rule will be submitted
    to the Court on a discrepancy order.
24

25  Date:2/20/2008

                          W. Samuel Hamrick, Clerk of Court
26
                          By,/s/P. Dela Cruz Deputy Clerk
27

28