# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR, et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 08 CV 0121 JM (CAB)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ONLY DEFENDANT LOEHMANN'S, INC. D.B.A. LOEHMANN'S FROM PLAINTIFFS' COMPLAINT** |

**IT IS HEREBY ORDERED**, pursuant to the notice of voluntary dismissal filed by Plaintiffs, that only defendant Loehmann's, Inc. d.b.a. Loehmann's is dismissed with prejudice from Plaintiffs' complaint. Additionally, this dismissal shall not affect the continuing litigation of this matter against the remaining defendants.

**IT IS SO ORDERED.**

**DATED: February 22, 2008**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Hon. Jeffrey T. Miller**
　　　　　　　　　　　　　　　　　　**United States District Judge**

cc:　　　All parties