GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
RICHARD H. HIKIDA (SBN 196149)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
E-mail: hurleyg@gtlaw.com; hikidar@gtlaw.com

Attorneys for Defendant
SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　Defendants. | CASE NO. 08 CV 0121 JM CAB<br><br>Judge: Hon. Jeffrey T. Miller<br>Trial Date: TBD<br><br>**NOTICE OF APPEARANCE** |

---

NOTICE OF APPEARANCE                                                             Case No. 08 CV 0121 JM CAB
OC 286,226,523v1 2/22/2008

1 | PLEASE TAKE NOTICE that Gregory F. Hurley is counsel of record for Defendant SPROUTS
2 | FARMERS MARKET, LLC d.b.a SPROUTS FARMERS MARKET in the herein action.

4 | DATED: February 22, 2008        GREENBERG TRAURIG, LLP

6 | By /s/ Gregory F. Hurley_____
Gregory F. Hurley
Richard H. Hikida
Attorneys for Defendant
SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET

NOTICE OF APPEARANCE                      1                Case No. 08 CV 0121 JM CAB
OC 286,226,523v1 2/22/2008

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On February 22, 2008, I served the **NOTICE OF APPEARANCE** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

☒ **NOTICE OF ELECTRONIC FILING:**
On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number on this date.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 22, 2008, at Irvine, California.

/s/
———————————————
Signature

/s/Gregory F. Hurley
———————————————
Print Name

2

Case No. 08 CV 0181 JM GAB

*OC 286,226,523v1 2/22/2008*