**THARPE & HOWELL**
**600 West Santa Ana Boulevard, Suite 705**
**Santa Ana, California 92701**
**(714) 437-4900; (714) 437-7997 Fax**
E-Mail: GAngotti@tharpe-howell.com
JAMES O. EILER, SBN 128051
GARY L. ANGOTTI, SBN 75709

Attorneys for S. B. RESTAURANT CO. dba ELEPHANT BAR RESTAURANT, erroneously sued and served as S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR;

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants.<br>_____ | CASE NO. 08 CV 0121 JM CAB<br>Before: Honorable Jeffrey T. Miller<br>Court Room 16<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST<br><br>Complaint Filed: January 22, 2008<br>Trial Date: None set |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to the SD Local Rules, Civil Rule 40.2 or FRCP 7.1, the undersigned, counsel for Defendant, S. B. RESTAURANT CO. dba ELEPHANT BAR RESTAURANT, erroneously sued and served as S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; (hereinafter "Defendant"),

- 1 -

1  certifies that there are no persons or entities who are known to have financial interest in Defendant,
2  S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR RESTAURANT.
3
4  Dated: February 25, 2008                THARPE & HOWELL
5
6                                          By  /s/ Gary Angotti
                                            JAMES O. EILER, ESQ.
                                            GARY L. ANGOTTI, ESQ.
7                                           Attorneys for Defendant
                                            S. B. RESTAURANT CO.
8                                           D.B.A. ELEPHANT BAR RESTARUANT

19  THARPE & HOWELL / 600 West Santa Ana Boulevard, Santa Ana, California, 92701-1705

- 2 -

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | [CCP, 1013a(3) CRC Rule 2006 - Revised 03/01/92] |

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 West Santa Ana Boulevard, Suite 705, Santa Ana, California 92701.

On **February 25, 2008** I served the foregoing document described as:

**DOCUMENT:** NOTICE OF PARTY WITH FINANCIAL INTEREST

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

SEE ATTACHED SERVICE LIST

[ x ]  **(BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at Santa Ana, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(BY PERSONAL DELIVERY)** I delivered such envelope by hand to the office of the addressee(s) noted above.

[ ]  **(BY FACSIMILE TRANSMISSION)** I caused such document to be transmitted to the addressee(s) facsimile number noted above. The facsimile machine I used complied with Rule 2003(3) and the transmission was reported as complete and without error. I caused the machine to print a transmission record of the facsimile transmission, a copy of which is attached to this declaration.

Executed on **February 25, 2008** at Santa Ana, California.

[ x ]  I declare under penalty of perjury under the laws of the State of California that the above is true and correct and, that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[ ]  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Diane McCullough

- 3 -

Case No. 08 CV 0121
NOTICE OF PARTY WITH FINANCIAL INTEREST

| | |
|---|---|
| 1 | OUTERBRIDGE ACCESS ASSOCIATION, et al. v. S. B. RESTAURANT CO., et al., UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT |
| 2 | CASE NUMBER: 08 CV 0121 JM CAB |

**SERVICE LIST**

Theodore A. Pinnock, Esq.
David C. Wakefield, Esq.
Michelle L. Wakefield, Esq.
**PINNOCK & WAKEFIELD, A.P.C.**
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
PHONE:      619.858.3671
FAX:            619.858.3646
**Counsel for Plaintiffs**

600 WEST SANTA ANA BOULEVARD, 92701-1705
(overlapping text: W. H. Samuel A. Ronald J. Wolfe Jr., 92701)

- 4 -