GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
RICHARD H. HIKIDA (SBN 196149)
ALANA R. CHO (SBN 254730)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
E-mail: hurleyg@gtlaw.com; hikidar@gtlaw.com;
choa@gtlaw.com

Attorneys for Defendant
SPROUTS FARMERS MARKET, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>                   Plaintiffs,<br><br>v.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>                   Defendants. | CASE NO. 08 CV 0121 JM CAB<br><br>**DEFENDANT SPROUTS FARMERS MARKET, LLC 'S FRCP 7.1 DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**[Local Rule 40.2]** |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant SPROUTS FARMERS MARKET, LLC hereby submits the following Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Notice of Party with Financial Interest pursuant to Local Rule 40.2:

The parent corporation of defendant Sprouts Farmers Market, LLC ("Sprouts") is Premier Grocery, Inc., a non-publicly held California corporation.  There is no publicly held corporation that owns 10% or more of Sprouts' stock.


DATED:  March 5, 2008                    GREENBERG TRAURIG, LLP


                                    By /s/  Richard H. Hikida_____
                                        Richard H. Hikida
                                        E-mail: hikidar@gtlaw.com

                                        Attorneys for Defendant
                                        SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS
                                        FARMERS MARKET

2

*OC 286,230,464v1 3/5/2008*

PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On March 5, 2008, I served the **DEFENDANT SPROUTS FARMERS MARKET, LLC 'S FRCP 7.1 DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Theodore A. Pinnock, Esq.<br>David C. Wakefield, Esq.<br>Michelle L. Wakefield, Esq.<br>Pinnock & Wakefield, A.P.C.<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>Tel: 619-858-3671<br>Fax: 619-858-3646 | Counsel for Plaintiff<br>Outerbridge Access Association, suing on behalf of Diane Cross; and Diane Cross, an individual. |
| Russell A. Franklin, Esq.<br>John H. Horwitz, Esq.<br>Schaffer, Lax, McNaughton & Chen<br>515 S. Figueroa St., Ste. 1400<br>Los Angeles, CA 90071<br>Tel: 213-337-1000<br>Fax: 213-337-1010 | Counsel for Defendant Sport Chalet, Inc. |
| James O. Eiler<br>Gary L. Angotti<br>Tharpe and Howell<br>600 West Santa Ana Blvd., Ste. 705<br>Santa Ana, CA 92701<br>Tel: 714-437-4900<br>Fax: 714-437-7997 | Counsel for S. B Restaurant Co. d.b.a. Elephant Bar Restaurant, erroneously sued and served as S.B. Restaurant Co. d.b.a. Elephant Bar |

☒ **NOTICE OF ELECTRONIC FILING:**
On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number on this date.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 5, 2008, at Irvine, California.

_/s/ Richard H. Hikida_
Signature

3

OC 286,230,464v1 3/5/2008

Case No. 08 CV 0181 JM CAB