GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
RICHARD H. HIKIDA (SBN 196149)
ALANA R. CHO (SBN 254730)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
E-mail: hurleyg@gtlaw.com; hikidar@gtlaw.com; choa@gtlaw.com

Attorneys for Defendant
SPROUTS FARMERS MARKET, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>　　　　Defendants. | CASE NO. 08 CV 0121 JM CAB<br><br>Judge: Hon. Jeffrey T. Miller<br>Trial Date: TBD<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE                                         Case No. 08 CV 0121 JM CAB
OC 286,230,787v2 3/5/2008

1       PLEASE TAKE NOTICE that Alana R. Cho is counsel of record for Defendant SPROUTS
2 FARMERS MARKET, LLC in the herein action.

4 DATED: March 5, 2008                 GREENBERG TRAURIG, LLP

6                                     By /s/ Alana R. Cho
7                                         Alana R. Cho
                                        E-mail: choa@gtlaw.com
8                                         Attorneys for Defendant
                                        SPROUTS FARMERS MARKET, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On March 5, 2008, I served the **NOTICE OF APPEARANCE** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Theodore A. Pinnock, Esq.<br>David C. Wakefield, Esq.<br>Michelle L. Wakefield, Esq.<br>Pinnock & Wakefield, A.P.C.<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>Tel: 619-858-3671<br>Fax: 619-858-3646 | Counsel for Plaintiff<br>Outerbridge Access Association, suing on behalf of Diane Cross; and Diane Cross, an individual. |
| Russell A. Franklin, Esq.<br>John H. Horwitz, Esq.<br>Schaffer, Lax, McNaughton & Chen<br>515 S. Figueroa St., Ste. 1400<br>Los Angeles, CA 90071<br>Tel: 213-337-1000<br>Fax: 213-337-1010 | Counsel for Defendant Sport Chalet, Inc. |
| James O. Eiler<br>Gary L. Angotti<br>Tharpe and Howell<br>600 West Santa Ana Blvd., Ste. 705<br>Santa Ana, CA 92701<br>Tel: 714-437-4900<br>Fax: 714-437-7997 | Counsel for S. B Restaurant Co. d.b.a. Elephant Bar Restaurant, erroneously sued and served as S.B. Restaurant Co. d.b.a. Elephant Bar |

☒ **NOTICE OF ELECTRONIC FILING:**
On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number on this date.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 5, 2008, at Irvine, California.

/s/ Alana R. Cho
_____
Signature

2

Case No. 08 CV 0181 JM GAB

OC 286,230,787v2 3/5/2008