Ryan M. Davies, Esq. (SBN 192598)
rdavies@davieslawcorporation.com
**DAVIES LAW CORPORATION**
26459 Rancho Parkway South
Lake Forest, California 92630
Telephone:  (949) 480-9639
Facsimile:   (949) 340-9746

Attorneys for Defendant
GRAND PLAZA, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>              Defendants. | Case No.: 08 CV 0121 JM (CAB)<br><br>**NOTICE OF FINANCIAL INTEREST IN DEFENDANT GRAND PLAZA, LLC**<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL**<br>**[F.R.Civ.P. rule 38(b)]** |

     Defendant, GRAND PLAZA, LLC, a California limited liability company ("GRAND PLAZA") has two natural persons as members.  The members are John Young, and Andrew Sun, both of whom have a business address of 3 Imperial Promenade, Suite 550, Santa Ana, California 92701.

1
2   DATED: March 12, 2008                    DAVIES LAW CORPORATION
3
4
                                             By:_____
5                                                Ryan M. Davies
                                                 Attorneys for Defendant
6                                                GRAND PLAZA, LLC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**
C.C.P. §1013(a), C.R.C. 2003(3), 2005(i)
STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 26459 Rancho Parkway South, Lake Forest, California 92630.

On March 12, 2008, I served the foregoing document described as **NOTICE OF FINANCIAL INTEREST – DEFENDANT GRAND PLAZA LLC** on the interested parties in this action as follows:

| Michelle L. Wakefield, Esq.<br>PINNOCK & WAKEFIELD<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103 | |
|---|---|

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 26459 Rancho Parkway South, Lake Forest, California 92630. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☒ **BY COURTESY EMAIL:** I caused a copy of said document to be delivered by electronic mail (email) to michellewakefield@pinnnockwakefieldlaw.com

☐ **BY OVERNIGHT MAIL:** By depositing copies of the above document(s) in a box or other facility regularly maintained by OVERNITE EXPRESS, in an envelope or package designed by OVERNITE EXPRESS with delivery fees paid or provided for and sent to the person(s) named on the attached service list [C.C.P.§1013, 2015.5].

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 12, 2008, at Lake Forest, California.

_____
Ryan M. Davies