1 **PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
2 David C. Wakefield, Esq.     Bar #: 185736
3033 Fifth Avenue, Suite 410
3 San Diego, CA 92103
Telephone:(619) 858-3671
4 Facsimile:(619) 858-3646

5 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>         **Plaintiffs,**<br><br>     v.<br><br>**S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>         **Defendants.** | Case No.: 08cv0121 JM (CAB)<br><br>**PLAINTIFFS' EX-PARTE MOTION TO CONVERT THE TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE TO AN IN-PERSON EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Date: April 3, 2008<br>Time: 1:30 P.M.<br><br>Magistrate Judge: Cathy Ann Bencivengo |

     COMES NOW Attorney Michelle L. Wakefield, attorney for the

Plaintiffs, who hereby applies to the Court for an Order

converting the Early Neutral Evaluation Conference currently set

as a telephonic, attorneys only conference to an in-person Early Neutral Evaluation Conference in order to allow the parties to enter into efficient settlement negotiations, and attempt to enter into a complete settlement of this matter.

There are 4 Defendants that Plaintiffs have not yet reached a settlement with; each of which has their own counsel, for a total of 4 defense attorneys.

On March 19 and March 20, 2008, Plaintiffs' counsel met and conferred with the individual defense counsel for Defendants S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; and GRAND PLAZA, LLC.  During said meet and confers Plaintiffs Counsel inquired as to each attorney's willingness to convert the telephonic Early Neutral Evaluation Conference to an in-person conference.  It is Plaintiffs' counsel Michelle L. Wakefield's understanding that, with exception to attorney for Sprouts, defense counsel are amenable to such a request.

Plaintiffs' counsel specifically acknowledges and informs this Court that the Counsel for Sprouts, Alana Cho, Esq., prefers a telephonic Early Neutral Evaluation process.

Plaintiffs' Counsel was informed by Chambers that Plaintiff should file an Ex Parte Application requesting the Early Neutral Conference be converted into an in-person conference if all parties were not in agreement.

Plaintiffs' Counsel respectfully requests through this Ex Parte Application that the telephonic E.N.E. be converted to an in-person conference, as Plaintiffs' Counsel believes it would be

extremely beneficial for all parties and necessary to enter into efficient settlement negotiations, and attempt to enter into a complete settlement of this matter.  However, Plaintiffs are agreeable to the Court allowing defense counsel to appear on their clients' behalf if they are not able to appear in person but are available by phone.

**GOOD CAUSE EXISTS TO CONVERT THE TELEPHONIC EARLY NEUTRAL EVAULATION CONFERENCE TO AN IN-PERSON EARLY NEUTRAL CONFERENCE in this matter as it will allow all Counsel and each of their respective clients to be present to enter into efficient settlement negotiations, and to enter into a complete settlement of this matter.**

For the reasons outlined above, Plaintiffs' Counsel respectfully requests the Early Neutral evaluation Conference in this matter be converted to an in-person conference.

Respectfully submitted:

                                      **PINNOCK & WAKEFIELD, A.P.C.**

Dated: March 25, 2008

                              By:  s/Michelle L. Wakefield
                                     Michelle L. Wakefield, Esq.
                                     Attorney for Plaintiffs