**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone:(619) 858-3671
Facsimile:(619) 858-3646

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>**Defendants.** | Case No.: 08cv0121 JM (CAB)<br><br>**DECLARATION OF MICHELLE L. WAKEFIELD IN SUPPORT OF PLAINTIFFS' EX-PARTE MOTION TO CONVERT THE TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE TO AN IN-PERSON EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Date:  April 3, 2008<br>Time:  1:30 P.M.<br><br>Magistrate Judge:  Cathy Ann Bencivengo |

I, Michelle L. Wakefield, Do Declare:

1.   I am an attorney licensed to practice before all courts in the state of California and before the United States District

CASE NUMBER: 08cv0121 JM (CAB)
1

Court For The Southern District Of California.  I have personal knowledge of the facts stated herein and could and would competently testify thereto if called upon as a witness.

1.  The Court has ordered a telephonic, attorney only Early Neutral Evaluation Conference in this matter.

2.  Plaintiffs are applying to the Court for an Order converting the telephonic attorney only Early Neutral Evaluation Conference to an in-person Early Neutral Evaluation Conference in order to allow the parties to enter into efficient settlement negotiations, and attempt to enter into a complete settlement of this matter.

3.  There are 4 Defendants that Plaintiffs have not yet reached a settlement with, each of which has their own counsel, for a total of 4 defense attorneys.

4.  On March 19 and March 20, 2008, I met and conferred with the individual defense counsel for Defendants S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; and GRAND PLAZA, LLC.  During said meet and confers I inquired as to each attorney's willingness to convert the telephonic Early Neutral Evaluation Conference to an in-person conference.

5.  It is my understanding that, with exception to attorney for Sprouts, defense counsel are amenable to such a request.  I specifically acknowledge and inform this Court that the counsel for Sprouts, Alana Cho, Esq., prefers a telephonic Early Neutral Evaluation process.

6.  I was informed by Chambers that Plaintiff should file an Ex Parte Application requesting the Early Neutral Conference be

CASE NUMBER: 08cv0121 JM (CAB)

converted into an in-person conference if all parties were not in agreement.

7. I respectfully request through this Ex Parte Application that the telephonic E.N.E. be converted to an in-person conference, as I believe it would be extremely beneficial for all parties and necessary to enter into efficient settlement negotiations, and attempt to enter into a complete settlement of this matter.

8. Plaintiffs are agreeable to the Court allowing defense counsel to appear on their clients' behalf if they are not able to appear in person but are available by phone.

8. GOOD CAUSE EXISTS TO CONVERT THE TELEPHONIC EARLY NEUTRAL EVAULATION CONFERENCE TO AN IN-PERSON EARLY NEUTRAL CONFERENCE in this matter as it will allow all Counsel and each of their respective clients to be present to enter into efficient settlement negotiations, and to enter into a complete settlement of this matter.

    I declare under the penalty of perjury pursuant to the laws of the State Of California and the United States Of America that the foregoing is true and correct.

Executed this 25th day of March 2008, at San Diego, California.

                              s/Michelle L. Wakefield
                              Michelle L. Wakefield, Esq.
                              Attorney for Plaintiffs

CASE NUMBER: 08cv0121 JM (CAB)