1   **PINNOCK & WAKEFIELD, A.P.C.**
    Michelle L. Wakefield, Esq.   Bar #:  200424
2   David C. Wakefield, Esq.     Bar #:  185736
    3033 Fifth Avenue, Suite 410
3   San Diego, CA  92103
    Telephone: (619) 858-3671
4   Facsimile: (619) 858-3646

5   Attorneys for Plaintiffs

6

7                   UNITED STATES DISTRICT COURT

8               SOUTHERN DISTRICT OF CALIFORNIA

9

10  **OUTERBRIDGE ACCESS ASSOCIATION,**      Case No.:  08cv0121 JM (CAB)
    **SUING ON BEHALF OF DIANE CROSS;**
11  **and DIANE CROSS, An Individual,**
                                            **PROOF OF SERVICE VIA FACSIMILE**
12              **Plaintiffs,**              **and ELECTRONIC MAIL**

13

14      **v.**
                                            [Fed.R.Civ.P. 6(e)]
15

16  **S. B. RESTAURANT CO. d.b.a.**
    **ELEPHANT BAR; SPROUTS FARMERS**
17  **MARKET, LLC d.b.a. SPROUTS**
    **FARMERS MARKET; SPORT CHALET,**
18  **INC. d.b.a. SPORTS CHALET #67;**
    **LOEHMANN'S, INC. d.b.a.**
19  **LOEHMANN'S; KYUNG AH PARK d.b.a.**
    **FASHION 5; GRAND PLAZA, LLC; AND**
20  **DOES 1 THROUGH 10, Inclusive,**

21              **Defendants.**

22

23

24

25  **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

26      I am employed in the County of San Diego, State of

27  California.  I am over the age of 18 and not a party to the

28

                                1
                    Case Number: **08cv0121 JM (CAB)**

1    within action; my business address is 3033 Fifth Avenue, Suite

2    410, San Diego, California, 92103.

3

4        On this date, I served the following document(s) described

5    as: **PLAINTIFFS' EX-PARTE MOTION TO CONVERT THE TELEPHONIC EARLY**

6    **NEUTRAL EVALUATION CONFERENCE TO AN IN-PERSON EARLY NEUTRAL**

7    **EVALUATION CONFERENCE; DECLARATION OF MICHELLE L. WAKEFIELD IN**

8    **SUPPORT OF PLAINTIFFS' EX-PARTE MOTION TO CONVERT THE TELEPHONIC**

9    **EARLY NEUTRAL EVALUATION CONFERENCE TO AN IN-PERSON EARLY NEUTRAL**

10   **EVALUATION CONFERENCE; and PROPOSED ORDER GRANTING PLAINTIFFS'**

11   **EX-PARTE MOTION TO CONVERT THE TELEPHONIC EARLY NEUTRAL**

12   **EVALUATION CONFERENCE TO AN IN-PERSON EARLY NEUTRAL EVALUATION**

13   **CONFERENCE** on all Defendants in this action by:

14

15       _X_____ placing  _____ the original  ____X__ a true copy

16   thereof enclosed in sealed enveloped addressed as stated below.

17   James O. Eiler, Esq.
18   Gary L. Angotti, Esq.
     THARPE & HOWELL
19   600 West Santa Ana Blvd., Suite 705
     Santa Ana, California 92701
20   Telephone: (714) 437-4900; Facsimile: (714) 437-7997
     E-mail: Gangotti@tharpe-howell.com
21   Attorneys for Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR

22   Gregory F. Hurley, Esq.
23   Richard H. Hikida, Esq.
     Alana R. Cho, Esq.
24   GREENBERG TRAURIG, LLP
     3161 Michelson Drive, Suite 1000
25   Irvine, California 92612
     Telephone: (949) 732-6500; Facsimile: (949) 732-6501
26   E-mail: hurleyg@gtlaw.com; hikidar@gtlaw.com; choa@gtlaw.com
     Attorneys for Defendant SPROUTS FARMERS MARKET, LLC d.b.a.
27   SPROUTS FARMERS MARKET
28   **///**
     ///

                       Case Number: **08cv0121 JM (CAB)**

1  Russell A. Franklin, Esq.
   John H. Horwitz, Esq.
2  SCHAFFER LAX MCNAUGHTON & CHEN
   515 South Figueroa Street, Suite 1400
3  Los Angeles, California 90071
   Telephone: (213) 337-1000; Facsimile: (213) 337-1010
4  E-mail: franklinr@slmclaw.com; horwitzj@slmclaw.com
5  Attorney for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET
   #67
6
   Jacques Sapier, Esq.
7  ESTATE PROTECTION LAW CENTER
   5151 Shoreham Place, Suite 130
8  San Diego, California 92122
   Telephone: (858) 228-1042; Facsimile: (858) 558 2021
9  E-mail: sapier@eplc-law.com
10 Attorney for Defendant KYUNG AH PARK d.b.a. FASHION 5

11 Ryan M. Davies, Esq.
   DAVIES LAW CORPORATION
12 26459 Rancho Parkway South
   Lake Forest, California 92630
13 Telephone: (949) 480-9639; Facsimile: (949) 340-9746
   E-mail: rdavies@davieslawcorporation.com
14 Attorney for Defendant GRAND PLAZA, LLC

15

16
       _X____ **BY ELECTRONIC MAIL:** I am readily familiar with the
17
   firm's practice of collection and processing correspondence for
18
   mailing.
19
       _X____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-
20
   3646 to the facsimile numbers listed above on the mailing list.
21
   The facsimile machine I used complied with Rule 6 (e), and no
22
   error was reported by the machine.
23

24
       _____ **STATE:** I declare under penalty of perjury, under the
25
   laws of the State of California, that the foregoing is true and
26
   correct.
27

28

1    _X_____ **FEDERAL:** I declare that I am employed in the office

2  of a member of the Bar this Court, at whose direction this

3  service was made.

4

5       **EXECUTED** on March 25, 2008, at San Diego, California.

6

7

8                                    _____

9                                    s/Theodore Pinnock
                                     Theodore Pinnock