UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>S.B. RESTAURANT CO. et al.,<br><br>Defendants. | Civil No.   08cv121 JM (CAB)<br><br>**ORDER REGARDING EARLY NEUTRAL EVALUATION CONFERENCE**<br>**[Doc. No. 19.]** |

At the request of Plaintiffs' counsel, and good cause existing, the Early Neutral Evaluation Conference scheduled for April 3, 2008, at 1:30 p.m. is CONVERTED to an **in-chambers** conference, **with all parties and their attorneys present**. Additionally, the conference is CONTINUED from 1:30 p.m. to **2:30 p.m.**

The conference shall be held before United States Magistrate Judge Cathy Ann Bencivengo, United States Courthouse, 940 Front Street, Room 1131, San Diego, California. If any of the parties wish to be excused from making a personal appearance, and instead be available telephonically, they must submit a request in writing directly to chambers no later than April 1, 2008.

DATED: March 26, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge