```
 1  PINNOCK & WAKEFIELD, A.P.C.
    Michelle L. Wakefield, Esq.   Bar #:  200424
 2  David C. Wakefield, Esq.      Bar #:  185736
    3033 Fifth Avenue, Suite 410
 3  San Diego, CA  92103
    Telephone: (619) 858-3671
 4  Facsimile: (619) 858-3646

 5  Attorneys for Plaintiffs

 6  Jacques Sapier, Esq.
    ESTATE PROTECTION LAW CENTER
 7  5151  Shoreham Place, Suite 130
    San Diego, CA 92122
 8  Telephone: (858) 228-1042
    Facsimile: (858) 558-2021
 9  E-mail Address: sapier@eplc-law.com

10
    Attorney for Defendant KYUNG AH PARK d.b.a. FASHION 5
11
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>                Plaintiffs,<br><br>       v.<br><br>**S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>                Defendants. | **Case No.: 08cv0121 JM (CAB)**<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT KYUNG AH PARK d.b.a. FASHION 5** |

1  **THE PLAINTIFFS AND DEFENDANT KYUNG AH PARK d.b.a. FASHION 5
2  HEREBY NOTIFY** the Court that Plaintiffs have reached settlement
3  with Defendant KYUNG AH PARK d.b.a. FASHION 5 in this matter.
4  Counsel for Defendant KYUNG AH PARK d.b.a. FASHION 5 and
5  Plaintiffs are in the process of preparing a written Release and
6  Settlement Agreement and a Joint Motion to Dismiss only Defendant
7  KYUNG AH PARK d.b.a. FASHION 5.
8      The parties anticipate a Joint Motion to Dismiss only
9  Defendant KYUNG AH PARK d.b.a. FASHION 5 shall be filed on or
10 before April 11, 2008, on the condition that Plaintiffs and
11 Defendants execute the Release and Settlement Agreements.

13 Respectfully submitted,

15 Dated: March 28, 2008          **PINNOCK & WAKEFIELD, A.P.C.**

17                                By:   s/ Michelle L. Wakefield
                                        Attorney for Plaintiffs
18                                      E-mail: MichelleWakefield@
                                        PinnockWakefieldLaw.com

21 Dated: March 24, 2008          **ESTATE PROTECTION LAW CENTER**

23                                By:   Jacques Sapier
                                        Attorney for Defendant KYUNG
                                        AH PARK d.b.a. FASHION 5
24                                      E-mail: sapier@eplc-law.com