1  **PINNOCK & WAKEFIELD, A.P.C.**
   Michelle L. Wakefield, Esq.   Bar #: 200424
2  David C. Wakefield, Esq.      Bar #: 185736
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

6  Jacques Sapier, Esq.
   ESTATE PROTECTION LAW CENTER
7  5151  Shoreham Place, Suite 130
   San Diego, CA 92122
8  Telephone: (858) 228-1042
   Facsimile: (858) 558-2021
9  E-mail Address: sapier@eplc-law.com

10 Attorney for Defendant KYUNG AH PARK d.b.a. FASHION 5

11

12                  **UNITED STATES DISTRICT COURT**

13                  **SOUTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>       Plaintiffs,<br><br>   **v.**<br><br>**S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>       Defendants. | **Case No.: 08cv0121 JM (CAB)**<br><br>**JOINT MOTION AND MOTION TO DISMISS ONLY DEFENDANT KYUNG AH PARK d.b.a. FASHION 5 WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**THIS JOINT MOTION IS HEREBY MADE AND IT IS HEREBY STIPULATED** by and between OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs, on the one hand, and Defendant KYUNG AH PARK d.b.a. FASHION 5 on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of ONLY Defendant KYUNG AH PARK d.b.a. FASHION 5 from Plaintiffs' Complaint, Case Number: 08cv0121 JM (CAB). Additionally, dismissal of ONLY Defendant KYUNG AH PARK d.b.a. FASHION 5 shall not affect the continuing litigation with the remaining Defendants.

**THIS JOINT MOTION IS HEREBY MADE AND IT IS SO STIPULATED.**

Dated: April 1, 2008      **PINNOCK & WAKEFIELD, A.P.C.**

                    By:   s/ Michelle L. Wakefield
                          Attorney for Plaintiffs
                          E-mail: MichelleWakefield@
                          PinnockWakefieldLaw.com

Dated: April 1, 2008      **ESTATE PROTECTION LAW CENTER**

                    By:   s/ Jacques Sapier
                          Attorney for Defendant KYUNG
                          AH PARK d.b.a. FASHION 5
                          E-mail: sapier@eplc-law.com