1  **PINNOCK & WAKEFIELD, A.P.C.**
   Michelle L. Wakefield, Esq.   Bar #: 200424
2  David C. Wakefield, Esq.      Bar #: 185736
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

6

7                    **UNITED STATES DISTRICT COURT**

8                    **SOUTHERN DISTRICT OF CALIFORNIA**

9

10 **OUTERBRIDGE ACCESS ASSOCIATION,**     Case No.:  08cv0121 JM (CAB)
   **SUING ON BEHALF OF DIANE CROSS;**
11 **and DIANE CROSS, An Individual,**
                                           **PROOF OF SERVICE VIA FACSIMILE**
12              **Plaintiffs,**             **AND ELECTRONIC MAIL**

13
        v.
14                                         [Fed.R.Civ.P. 6(e)]

15
   **S. B. RESTAURANT CO. d.b.a.**
16 **ELEPHANT BAR; SPROUTS FARMERS**
   **MARKET, LLC d.b.a. SPROUTS**
17 **FARMERS MARKET; SPORT CHALET,**
   **INC. d.b.a. SPORTS CHALET #67;**
18 **LOEHMANN'S, INC. d.b.a.**
   **LOEHMANN'S; KYUNG AH PARK d.b.a.**
19 **FASHION 5; GRAND PLAZA, LLC; AND**
   **DOES 1 THROUGH 10, Inclusive,**
20
                **Defendants.**
21

22

23

24
   **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**
25
        I am employed in the County of San Diego, State of
26
   California.  I am over the age of 18 and not a party to the
27

28

                                  1
                                    Case Number: 08cv00121 JM (CAB)

within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **JOINT MOTION AND MOTION TO DISMISS ONLY DEFENDANT KYUNG AH PARK d.b.a. FASHION 5 WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT** on all Defendants in this action by:

__x__ placing  _____ the original  __x__ a true copy thereof as stated below.

```
James O. Eiler, Esq.
Gary L. Angotti, Esq.
THARPE & HOWELL
600 West Santa Ana Blvd., Suite 705
Santa Ana, California 92701
Telephone: (714) 437-4900; Facsimile: (714) 437-7997
E-mail: Gangotti@tharpe-howell.com
Attorneys for Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR

Gregory F. Hurley, Esq.
Richard H. Hikida, Esq.
Alana R. Cho, Esq.
GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500; Facsimile: (949) 732-6501
E-mail:  hurleyg@gtlaw.com; hikidar@gtlaw.com; choa@gtlaw.com
Attorneys for Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET

Russell A. Franklin, Esq.
John H. Horwitz, Esq.
SCHAFFER LAX MCNAUGHTON & CHEN
515 South Figueroa Street, Suite 1400
Los Angeles, California 90071
Telephone: (213) 337-1000; Facsimile: (213) 337-1010
E-mail: franklinr@slmclaw.com; horwitzj@slmclaw.com
Attorney for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67
```

///
///
///

Jacques Sapier, Esq.
ESTATE PROTECTION LAW CENTER
5151 Shoreham Place, Suite 130
San Diego, California 92122
Telephone: (858) 228-1042; Facsimile: (858) 558 2021
E-mail: sapier@eplc-law.com
Attorney for Defendant KYUNG AH PARK d.b.a. FASHION 5

Ryan M. Davies, Esq.
DAVIES LAW CORPORATION
26459 Rancho Parkway South
Lake Forest, California 92630
Telephone: (949) 480-9639; Facsimile: (949) 340-9746
E-mail: rdavies@davieslawcorporation.com
Attorney for Defendant GRAND PLAZA, LLC


   X_____ **BY ELECTRONIC MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for electronic mailing.


   X_____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.


   X_____ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.


   **EXECUTED** on April 1, 2008, at San Diego, California.


                              __s/Theodore A. Pinnock
                                Theodore A. Pinnock
                                Pinnock99@aol.com

                              3
                              Case Number: 08cv00121 JM (CAB)