1 **PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
2 David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
3 San Diego, CA  92103
Telephone: (619) 858-3671
4 Facsimile: (619) 858-3646

5 Attorneys for Plaintiffs

6 Gary L. Angotti, Esq.
James O. Eiler, Esq.
7 THARPE & HOWELL
600 West Santa Ana Blvd., Suite 705
8 Santa Ana, California 92701
Telephone: (714) 437-4900
9 Facsimile: (714) 437-7997
E-mail Address: gangotti@tharpe-howell.com
10

11 Attorneys for Defendant S.B. RESTAURANT CO. d.b.a. ELEPHANT BAR RESTAURANT
12

13 **UNITED STATES DISTRICT COURT**

14 **SOUTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>Defendants. | Case No.: 08cv0121 JM (CAB)<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR RESTAURANT** |

1       Case Number: 08cv0121 JM (CAB)

**THE PLAINTIFFS AND DEFENDANT S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR RESTAURANT HEREBY NOTIFY** the Court that Plaintiffs have reached settlement with Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR RESTAURANT in this matter. Counsel for Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR RESTAURANT and Plaintiffs are in the process of preparing a written Release and Settlement Agreement and a Joint Motion to Dismiss only Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR RESTAURANT.

The parties anticipate a Joint Motion to Dismiss only Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR RESTAURANT shall be filed within 30 days, on the condition that Plaintiffs and Defendants execute the Release and Settlement Agreements.

Respectfully submitted,

Dated: April 2, 2008          **PINNOCK & WAKEFIELD, A.P.C.**

                              By:   s/ Michelle L. Wakefield
                                    Michelle L. Wakefield, Esq.
                                    Attorney for Plaintiffs
                                    E-mail: MichelleWakefield@
                                    PinnockWakefieldLaw.com

Dated: April 2, 2008          **THARPE & HOWELL**

                              By:   s/Gary L. Angotti
                                    Gary L. Angotti, Esq.
                                    Attorney for Defendant S. B.
                                    RESTAURANT CO. d.b.a. ELEPHANT
                                    BAR RESTAURANT
                                    E-mail: gangotti@tharpe-
                                    howell.com