1  **PINNOCK & WAKEFIELD, A.P.C.**
   Michelle L. Wakefield, Esq.   Bar #: 200424
2  David C. Wakefield, Esq.      Bar #: 185736
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

7                    **UNITED STATES DISTRICT COURT**

8                    **SOUTHERN DISTRICT OF CALIFORNIA**

10 **OUTERBRIDGE ACCESS ASSOCIATION,**         Case No.:  08cv0121 JM (CAB)
   **SUING ON BEHALF OF DIANE CROSS;**
11 **and DIANE CROSS, An Individual,**
                                                **PROOF OF SERVICE VIA FACSIMILE**
12              **Plaintiffs,**                 **AND/OR ELECTRONIC MAIL**

14      v.
                                                [Fed.R.Civ.P. 6(e)]
16 **S. B. RESTAURANT CO. d.b.a.**
   **ELEPHANT BAR; SPROUTS FARMERS**
17 **MARKET, LLC d.b.a. SPROUTS**
   **FARMERS MARKET; SPORT CHALET,**
   **INC. d.b.a. SPORTS CHALET #67;**
18 **LOEHMANN'S, INC. d.b.a.**
   **LOEHMANN'S; KYUNG AH PARK d.b.a.**
19 **FASHION 5; GRAND PLAZA, LLC; AND**
   **DOES 1 THROUGH 10, Inclusive,**
20
                **Defendants.**
21

25 **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

26      I am employed in the County of San Diego, State of

27 California.  I am over the age of 18 and not a party to the

                                    1
                          Case Number: 08cv00121 JM (CAB)

within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR RESTAURANT** on all Defendants in this action by:

__x___ placing   _____ the original   __x__ a true copy thereof as stated below.

HONORABLE CATHY A. BENCIVENGO
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
940 Front Street, Room 1131
San Diego, CA 92101
Telephone: (619) 557-7688
Facsimile: (619) 702-9991
VIA FACSIMILE ONLY

James O. Eiler, Esq.
Gary L. Angotti, Esq.
THARPE & HOWELL
600 West Santa Ana Blvd., Suite 705
Santa Ana, California 92701
Telephone: (714) 437-4900; Facsimile: (714) 437-7997
E-mail: Gangotti@tharpe-howell.com
Attorneys for Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR RESTAURANT

Gregory F. Hurley, Esq.
Richard H. Hikida, Esq.
Alana R. Cho, Esq.
GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500; Facsimile: (949) 732-6501
E-mail:  hurleyg@gtlaw.com; hikidar@gtlaw.com; choa@gtlaw.com
Attorneys for Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET
///
///

2
Case Number: 08cv00121 JM (CAB)

1  Russell A. Franklin, Esq.
   John H. Horwitz, Esq.
2  SCHAFFER LAX MCNAUGHTON & CHEN
   515 South Figueroa Street, Suite 1400
3  Los Angeles, California 90071
   Telephone: (213) 337-1000; Facsimile: (213) 337-1010
4  E-mail: franklinr@slmclaw.com; horwitzj@slmclaw.com
   Attorney for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET
5  #67

6

7  Jacques Sapier, Esq.
   ESTATE PROTECTION LAW CENTER
8  5151 Shoreham Place, Suite 130
   San Diego, California 92122
9  Telephone: (858) 228-1042; Facsimile: (858) 558 2021
   E-mail: sapier@eplc-law.com
10 Attorney for Defendant KYUNG AH PARK d.b.a. FASHION 5

11 Ryan M. Davies, Esq.
12 DAVIES LAW CORPORATION
   26459 Rancho Parkway South
13 Lake Forest, California 92630
   Telephone: (949) 480-9639; Facsimile: (949) 340-9746
14 E-mail: rdavies@davieslawcorporation.com
15 Attorney for Defendant GRAND PLAZA, LLC

16

17     X_____  **BY ELECTRONIC MAIL:** I am readily familiar with the
18 firm's practice of collection and processing correspondence for
19 electronic mailing.

20

21     X_____  **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-
22 3646 to the facsimile numbers listed above on the mailing list.
23 The facsimile machine I used complied with Rule 6 (e), and no
24 error was reported by the machine.

25

26     X_____  **FEDERAL:** I declare that I am employed in the office
27 of a member of the Bar of this Court, at whose direction this
28 service was made.

                                3
                    Case Number: 08cv00121 JM (CAB)

    **EXECUTED** on April 2, 2008, at San Diego, California.

                                              __s/Theodore A. Pinnock
                                              Theodore A. Pinnock
                                              Pinnock99@aol.com