1 **PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
2 David C. Wakefield, Esq.     Bar #: 185736
3033 Fifth Avenue, Suite 410
3 San Diego, CA  92103
Telephone: (619) 858-3671
4 Facsimile: (619) 858-3646

5 Attorneys for Plaintiffs

6 Ryan M. Davies, Esq.
DAVIES LAW CORPORATION
7 26459 Rancho Parkway South
Lake Forest, California 92630
8 Telephone: (949) 480-9639
Facsimile: (949) 340-9746
9 E-mail Address: rdavies@davieslawcorporation.com

10
Attorneys for Defendant GRAND PLAZA, LLC

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>            Plaintiffs,<br><br>   v.<br><br>**S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>            Defendants. | **Case No.: 08cv0121 JM (CAB)**<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT GRAND PLAZA, LLC** |

                1     Case Number: 08cv0121 JM (CAB)

**THE PLAINTIFFS AND DEFENDANT GRAND PLAZA, LLC HEREBY NOTIFY** the Court that Plaintiffs have reached settlement with Defendant GRAND PLAZA, LLC in this matter.  Counsel for Defendant GRAND PLAZA, LLC and Plaintiffs are in the process of preparing a written Release and Settlement Agreement and a Joint Motion to Dismiss only Defendant GRAND PLAZA, LLC.

The parties anticipate a Joint Motion to Dismiss only Defendant GRAND PLAZA, LLC shall be filed within 30 days, on the condition that Plaintiffs and Defendants execute the Release and Settlement Agreements.

Respectfully submitted,

Dated: April  2 , 2008          **PINNOCK & WAKEFIELD, A.P.C.**

                                By:   s/ Michelle L. Wakefield
                                      Michelle L. Wakefield, Esq.
                                      Attorney for Plaintiffs
                                      E-mail: MichelleWakefield@
                                      PinnockWakefieldLaw.com

Dated: April  2 , 2008          **DAVIES LAW CORPORATION**

                                By:   s/Ryan M. Davies
                                      Ryan M. Davies, Esq.
                                      Attorney for Defendant GRAND
                                      PLAZA, LLC
                                      E-mail:
                                      rdavies@davieslawcorporation.com