**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.     Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>            Plaintiffs,<br><br>   v.<br><br>**S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>            Defendants. | Case No.:  08cv0121 JM (CAB)<br><br>**PROOF OF SERVICE VIA FACSIMILE AND/OR ELECTRONIC MAIL**<br><br>[Fed.R.Civ.P. 6(e)] |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

   I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the

1
Case Number: 08CV00121 JM (CAB)

1  within action; my business address is 3033 Fifth Avenue, Suite
2  410, San Diego, California, 92103.
3
4       On this date, I served the following document(s) described
5  as **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT GRAND**
6  **PLAZA LLC** on all Defendants in this action by:
7
8       _X____ placing   _____ the original   ____X_ a true copy
9  thereof as stated below.

10 UNITED STATES MAGISTRATE JUDGE CATHY A. BENCIVENGO
   UNITED STATES DISTRICT COURT OF CALIFORNIA FOR SOUTHERN CA
11 940 Front Street
   San Diego, CA 92101
12 Facsimile: (619) 702-9991
   VIA FACSIMILE ONLY
13
14 James O. Eiler, Esq.
   Gary L. Angotti, Esq.
15 THARPE & HOWELL
   Facsimile: (714) 437-7997
16 E-mail: Gangotti@tharpe-howell.com
   Attorneys for Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR
17
18 Gregory F. Hurley, Esq.
   Richard H. Hikida, Esq.
19 Alana R. Cho, Esq.
   GREENBERG TRAURIG, LLP
20 Facsimile: (949) 732-6501
   E-mail:  hurleyg@gtlaw.com; hikidar@gtlaw.com; choa@gtlaw.com
21 Attorneys for Defendant SPROUTS FARMERS MARKET, LLC d.b.a.
   SPROUTS FARMERS MARKET
22
23 Russell A. Franklin, Esq.
   John H. Horwitz, Esq.
24 SCHAFFER LAX MCNAUGHTON & CHEN
   Facsimile: (213) 337-1010
25 E-mail: franklinr@slmclaw.com; horwitzj@slmclaw.com
   Attorney for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET
26 #67
27 Jacques Sapier, Esq.
   ESTATE PROTECTION LAW CENTER
28 Facsimile: (858) 558 2021

                                2
                          Case Number: 08CV00121 JM (CAB)

E-mail: sapier@eplc-law.com
Attorney for Defendant KYUNG AH PARK d.b.a. FASHION 5

Ryan M. Davies, Esq.
DAVIES LAW CORPORATION
Facsimile: (949) 340-9746
E-mail: rdavies@davieslawcorporation.com
Attorney for Defendant GRAND PLAZA, LLC


   X\_\_\_\_\_  **BY ELECTRONIC MAIL**: I am readily familiar with the firm's practice of collection and processing correspondence for electronic mailing.

   \_X\_\_\_\_  **BY FACSIMILE TRANSMISSION**: From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.

   \_\_\_\_\_  **STATE**: I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

   \_X\_\_\_\_  **FEDERAL**: I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

   **EXECUTED** on April 3, 2008, at San Diego, California.


                                        S/Theodore A. Pinnock
                                        Theodore A. Pinnock
                                        E-Mail: Pinnock99@aol.com

3
Case Number: 08CV00121 JM (CAB)