# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION SUING ON BEHALF OF DIANE CROSS, et al.,<br><br>                              Plaintiffs,<br>   vs.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR, et al.,<br><br>                              Defendants. | CASE NO. 08cv0121 JM (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT KYUNG AH PARK d.b.a. FASHION 5 WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT** |

Pursuant to the joint motion to dismiss, defendant Kyung Ah Park d.b.a. Fashion 5 is hereby **DISMISSED** with prejudice from plaintiffs' complaint. Dismissal of defendant Kyjng Ah Park d.b.a. Fashion 5 shall not affect the continuing litigation of the remaining defendants.

**IT IS SO ORDERED.**

DATED: April 2, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge