| | |
|---|---|
| 1 | **PINNOCK & WAKEFIELD, A.P.C.** |
| | Michelle L. Wakefield, Esq.   Bar #: 200424 |
| 2 | David C. Wakefield, Esq.      Bar #: 185736 |
| | 3033 Fifth Avenue, Suite 410 |
| 3 | San Diego, CA 92103 |
| | Telephone: (619) 858-3671 |
| 4 | Facsimile: (619) 858-3646 |
| 5 | Attorneys for Plaintiffs |
| 6 | Russell A. Franklin, Esq. |
| | John H. Horwitz, Esq. |
| 7 | SHAFFER LAX MCNAUGHTON & CHEN |
| | 515 South Figueroa Street, Suite 1400 |
| 8 | Los Angeles, California 90071 |
| 9 | Telephone: (213) 337-1000 |
| | Facsimile: (213) 337-1010 |
| 10 | E-mail Address: franklin@slmclaw.com |
| 11 | Attorneys for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, <br><br>        Plaintiffs, <br><br>    v. <br><br> S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive, <br><br>        Defendants. | Case No.: 08cv0121 JM (CAB) <br><br> **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT SPORT CHALET, INC. d.b.a. SPORTS CHALET #67** |

**THE PLAINTIFFS AND DEFENDANT SPORT CHALET, INC. d.b.a. SPORTS CHALET #67 HEREBY NOTIFY** the Court that Plaintiffs have reached settlement with Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67 in this matter. Counsel for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67 and Plaintiffs are in the process of preparing a written Release and Settlement Agreement and a Joint Motion to Dismiss only Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67.

The parties anticipate a Joint Motion to Dismiss only Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67 shall be filed within 30 days, on the condition that Plaintiffs and Defendants execute the Release and Settlement Agreements.

Respectfully submitted,

Dated: April 2, 2008        **PINNOCK & WAKEFIELD, A.P.C.**

By:  s/ Michelle L. Wakefield
     Michelle L. Wakefield, Esq.
     Attorney for Plaintiffs
     E-mail: MichelleWakefield@
     PinnockWakefieldLaw.com

Dated: April 2, 2008        **SCHAFFER LAX MCNAUGHTON & CHEN**

By:  s/ [signature] for
     Russell A. Franklin, Esq.
     Attorney for Defendant SPORT
     CHALET, INC. d.b.a. SPORTS
     CHALET #67
     E-mail: franklin@slmclaw.com