```
 1  PINNOCK & WAKEFIELD, A.P.C.
    Michelle L. Wakefield, Esq.   Bar #: 200424
 2  David C. Wakefield, Esq.      Bar #: 185736
    3033 Fifth Avenue, Suite 410
 3  San Diego, CA  92103
    Telephone: (619) 858-3671
 4  Facsimile: (619) 858-3646

 5  Attorneys for Plaintiffs

 6
 7              UNITED STATES DISTRICT COURT
 8              SOUTHERN DISTRICT OF CALIFORNIA
 9
10  OUTERBRIDGE ACCESS ASSOCIATION,    Case No.:  08cv0121 JM (CAB)
    SUING ON BEHALF OF DIANE CROSS;
11  and DIANE CROSS, An Individual,
                                       PROOF OF SERVICE VIA FACSIMILE
12              Plaintiffs,            AND/OR ELECTRONIC MAIL
13
14       v.
                                       [Fed.R.Civ.P. 6(e)]
15
16  S. B. RESTAURANT CO. d.b.a.
    ELEPHANT BAR; SPROUTS FARMERS
17  MARKET, LLC d.b.a. SPROUTS
    FARMERS MARKET; SPORT CHALET,
18  INC. d.b.a. SPORTS CHALET #67;
    LOEHMANN'S, INC. d.b.a.
19  LOEHMANN'S; KYUNG AH PARK d.b.a.
    FASHION 5; GRAND PLAZA, LLC; AND
20  DOES 1 THROUGH 10, Inclusive,
21
                Defendants.
22
23
24
25
26  STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

27       I am employed in the County of San Diego, State of

28  California.  I am over the age of 18 and not a party to the
```

within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT SPORT CHALET, INC. d.b.a. SPORTS CHALET #67** on all Defendants in this action by:

　_X_　 placing 　___　 the original 　_X_　 a true copy thereof as stated below.

UNITED STATES MAGISTRATE JUDGE CATHY A. BENCIVENGO
UNITED STATES DISTRICT COURT OF CALIFORNIA FOR SOUTHERN CA
940 Front Street
San Diego, CA 92101
Facsimile: (619) 702-9991
<u>VIA FACSIMILE ONLY</u>

James O. Eiler, Esq.
Gary L. Angotti, Esq.
THARPE & HOWELL
Facsimile: (714) 437-7997
E-mail: Gangotti@tharpe-howell.com
Attorneys for Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR

Gregory F. Hurley, Esq.
Richard H. Hikida, Esq.
Alana R. Cho, Esq.
GREENBERG TRAURIG, LLP
Facsimile: (949) 732-6501
E-mail: hurleyg@gtlaw.com; hikidar@gtlaw.com; choa@gtlaw.com
Attorneys for Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET

Russell A. Franklin, Esq.
John H. Horwitz, Esq.
SCHAFFER LAX MCNAUGHTON & CHEN
Facsimile: (213) 337-1010
E-mail: franklinr@slmclaw.com; horwitzj@slmclaw.com
Attorney for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67
///
///

2
Case Number: 08CV00121 JM (CAB)

```
Jacques Sapier, Esq.
ESTATE PROTECTION LAW CENTER
Facsimile: (858) 558 2021
E-mail: sapier@eplc-law.com
Attorney for Defendant KYUNG AH PARK d.b.a. FASHION 5

Ryan M. Davies, Esq.
DAVIES LAW CORPORATION
Facsimile: (949) 340-9746
E-mail: rdavies@davieslawcorporation.com
Attorney for Defendant GRAND PLAZA, LLC
```

　　　　X_____  **BY ELECTRONIC MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for electronic mailing.

　　　　_X_____  **BY FACSIMILE TRANSMISSION**: From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.

　　　　_____  **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

　　　　_X_____  **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

　　　　**EXECUTED** on April 3, 2008, at San Diego, California.

　　　　　　　　　　　　　　　　　　　　　S/Theodore A. Pinnock
　　　　　　　　　　　　　　　　　　　　　Theodore A. Pinnock
　　　　　　　　　　　　　　　　　　　　　E-Mail: Pinnock99@aol.com

3
Case Number: 08CV00121 JM (CAB)