1 | **PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #:  200424
2 | David C. Wakefield, Esq.     Bar #:  185736
3033 Fifth Avenue, Suite 410
3 | San Diego, CA  92103
Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646

5 | Attorneys for Plaintiffs

6 | Gregory F. Hurley, Esq.
Richard H. Hikida, Esq.
7 | Alana R. Cho, Esq.
GREENBERG TRAURIG, LLP
8 | 3161 Michelson Drive, Suite 1000
Irvine, California 92612
9 | Telephone: (949) 732-6500
Facsimile: (949) 732-6501

11 | Attorneys for Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>         Plaintiffs,<br><br>     v.<br><br>**S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>         Defendants. | **Case No.: 08cv0121 JM (CAB)**<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET** |

1       Case Number: 08cv0121 JM (CAB)

**THE PLAINTIFFS AND DEFENDANT SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET HEREBY NOTIFY** the Court that Plaintiffs have reached settlement with Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET in this matter. Counsel for Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET and Plaintiffs are in the process of preparing a written Release and Settlement Agreement and a Joint Motion to Dismiss only Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET.  The parties anticipate a Joint Motion to Dismiss only Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET shall be filed within 30 days, on the condition that Plaintiffs and Defendants execute the Release and Settlement Agreements.

Respectfully submitted,

Dated: April  3 , 2008        **PINNOCK & WAKEFIELD, A.P.C.**

                              By:  s/ Michelle L. Wakefield
                                   Michelle L. Wakefield, Esq.
                                   Attorney for Plaintiffs
                                   E-mail: MichelleWakefield@
                                   PinnockWakefieldLaw.com

Dated: April  3 , 2008        **GREENBERG TRAURIG, LLP**

                              By:  s/Richard H. Hikida
                                   Gregory F. Hurley, Esq.
                                   Richard H. Hikida, Esq.
                                   Alana R. Cho, Esq.
                                   Attorney for Defendant SPROUTS
                                   FARMERS MARKET, LLC d.b.a.
                                   SPROUTS FARMERS MARKET
                                   E-mail: hikidar@gtlaw.com