1 | **PINNOCK & WAKEFIELD, A.P.C.**
  | Michelle L. Wakefield, Esq.   Bar #: 200424
2 | David C. Wakefield, Esq.      Bar #: 185736
  | 3033 Fifth Avenue, Suite 410
3 | San Diego, CA  92103
  | Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646

5 | Attorneys for Plaintiffs

7 | UNITED STATES DISTRICT COURT

8 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**

Case No.: 08cv0121 JM (CAB)

**PROOF OF SERVICE VIA FACSIMILE AND/OR ELECTRONIC MAIL**

Plaintiffs,

v.

[Fed.R.Civ.P. 6(e)]

**S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,**

Defendants.

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the

1
Case Number: 08CV00121 JM (CAB)

within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET** on all Defendants in this action by:

__X___ placing   _____ the original   ___X_ a true copy thereof as stated below.

UNITED STATES MAGISTRATE JUDGE CATHY A. BENCIVENGO
UNITED STATES DISTRICT COURT OF CALIFORNIA FOR SOUTHERN CA
940 Front Street
San Diego, CA 92101
Facsimile: (619) 702-9991
VIA FACSIMILE ONLY

James O. Eiler, Esq.
Gary L. Angotti, Esq.
THARPE & HOWELL
Facsimile: (714) 437-7997
E-mail: Gangotti@tharpe-howell.com
Attorneys for Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR

Gregory F. Hurley, Esq.
Richard H. Hikida, Esq.
Alana R. Cho, Esq.
GREENBERG TRAURIG, LLP
Facsimile: (949) 732-6501
E-mail:  hurleyg@gtlaw.com; hikidar@gtlaw.com; choa@gtlaw.com
Attorneys for Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET

Russell A. Franklin, Esq.
John H. Horwitz, Esq.
SCHAFFER LAX MCNAUGHTON & CHEN
Facsimile: (213) 337-1010
E-mail: franklinr@slmclaw.com; horwitzj@slmclaw.com
Attorney for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67
///
///

2
Case Number: 08CV00121 JM (CAB)

Jacques Sapier, Esq.
ESTATE PROTECTION LAW CENTER
Facsimile: (858) 558 2021
E-mail: sapier@eplc-law.com
Attorney for Defendant KYUNG AH PARK d.b.a. FASHION 5

Ryan M. Davies, Esq.
DAVIES LAW CORPORATION
Facsimile: (949) 340-9746
E-mail: rdavies@davieslawcorporation.com
Attorney for Defendant GRAND PLAZA, LLC


   __X____  **BY ELECTRONIC MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for electronic mailing.

   __X____  **BY FACSIMILE TRANSMISSION**: From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.

   _____  **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

   __X____  **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

   **EXECUTED** on April 3, 2008, at San Diego, California.


                              S/Theodore A. Pinnock
                              Theodore A. Pinnock
                              E-Mail: Pinnock99@aol.com

3
Case Number: 08CV00121 JM (CAB)