UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>S.B. RESTAURANT CO., d.b.a. ELEPHANT BAR, et al.,<br><br>Defendants. | Civil No.   08cv121 JM (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Counsel for Plaintiffs contacted the Court on April 3, 2008, and represented the case has settled. Accordingly, IT IS HEREBY ORDERED:

1.  A Joint Motion for Dismissal for each Defendant shall be electronically filed on or before **May 15, 2008**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Jeffrey T. Miller, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2.  If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before May 15, 2008, then a Settlement Disposition Conference shall be held

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

on **May 16, 2008**, at **9:00 a.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiffs shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before May 15, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED**.

DATED: April 3, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

- 2 -

08cv121