1  **PINNOCK & WAKEFIELD, A.P.C.**
   Michelle L. Wakefield, Esq.   Bar #:  200424
2  David C. Wakefield, Esq.     Bar #:  185736
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

6  Ryan M. Davies, Esq.
   DAVIES LAW CORPORATION
7  26459 Rancho Parkway South
   Lake Forest, California 92630
8  Telephone: (949) 480-9639
   Facsimile: (949) 340-9746
9  E-mail Address: rdavies@davieslawcorporation.com

10
   Attorneys for Defendant GRAND PLAZA, LLC
11

12

13              UNITED STATES DISTRICT COURT

14             SOUTHERN DISTRICT OF CALIFORNIA

15

16 **OUTERBRIDGE ACCESS ASSOCIATION,**      Case No.: 08cv0121 JM (CAB)
   **SUING ON BEHALF OF DIANE CROSS;**
17 **and DIANE CROSS, An Individual,**
                                           **JOINT MOTION AND MOTION TO**
18              Plaintiffs,                 **DISMISS ONLY DEFENDANT GRAND**
                                           **PLAZA, LLC WITH PREJUDICE**
19        **v.**                            **FROM PLAINTIFFS' COMPLAINT**

20
   **S. B. RESTAURANT CO. d.b.a.**
21 **ELEPHANT BAR; SPROUTS FARMERS**
   **MARKET, LLC d.b.a. SPROUTS**
22 **FARMERS MARKET; SPORT CHALET,**
   **INC. d.b.a. SPORTS CHALET #67;**
23 **LOEHMANN'S, INC. d.b.a.**
   **LOEHMANN'S; KYUNG AH PARK d.b.a.**
24 **FASHION 5; GRAND PLAZA, LLC; AND**
   **DOES 1 THROUGH 10, Inclusive,**
25

26
                Defendants.
27

28

**THIS JOINT MOTION IS HEREBY MADE AND IT IS HEREBY STIPULATED** by and between OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs, on the one hand, and Defendant GRAND PLAZA, LLC on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of ONLY Defendant GRAND PLAZA, LLC from Plaintiffs' Complaint, Case Number: 08cv0121 JM (CAB). Additionally, dismissal of ONLY Defendant GRAND PLAZA, LLC shall not affect the continuing litigation with the remaining Defendants.

**THIS JOINT MOTION IS HEREBY MADE AND IT IS SO STIPULATED.**

Respectfully submitted,


Dated: April 30, 2008          **PINNOCK & WAKEFIELD, A.P.C.**


                               By:  s/ Michelle L. Wakefield
                                    Michelle L. Wakefield, Esq.
                                    Attorney for Plaintiffs
                                    E-mail: MichelleWakefield@
                                    PinnockWakefieldLaw.com


Dated: April 30, 2008          **DAVIES LAW CORPORATION**


                               By:  s/Ryan M. Davies
                                    Ryan M. Davies, Esq.
                                    Attorney for Defendant GRAND
                                    PLAZA, LLC
                                    E-mail:
                                    rdavies@davieslawcorporation.c
                                    om