1  **PINNOCK & WAKEFIELD, A.P.C.**
   Michelle L. Wakefield, Esq.   Bar #: 200424
2  David C. Wakefield, Esq.      Bar #: 185736
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

7                  **UNITED STATES DISTRICT COURT**

8                  **SOUTHERN DISTRICT OF CALIFORNIA**

10 **OUTERBRIDGE ACCESS ASSOCIATION,**         Case No.:  08cv0121 JM (CAB)
   **SUING ON BEHALF OF DIANE CROSS;**
11 **and DIANE CROSS, An Individual,**
                                               **PROOF OF SERVICE VIA FACSIMILE**
12              Plaintiffs,                    **AND/OR ELECTRONIC MAIL**

14     v.
                                               [Fed.R.Civ.P. 6(e)]
15
   **S. B. RESTAURANT CO. d.b.a.**
16 **ELEPHANT BAR; SPROUTS FARMERS**
   **MARKET, LLC d.b.a. SPROUTS**
17 **FARMERS MARKET; SPORT CHALET,**
   **INC. d.b.a. SPORTS CHALET #67;**
18 **LOEHMANN'S, INC. d.b.a.**
   **LOEHMANN'S; KYUNG AH PARK d.b.a.**
19 **FASHION 5; GRAND PLAZA, LLC; AND**
   **DOES 1 THROUGH 10, Inclusive,**
20
                **Defendants.**
21

25 **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

26      I am employed in the County of San Diego, State of

27 California.  I am over the age of 18 and not a party to the

                                     1
                               Case Number: 08CV00121 JM (CAB)

within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **JOINT MOTION AND MOTION TO DISMISS ONLY DEFENDANT GRAND PLAZA, LLC WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT** on all Defendants in this action by:

  _X_    placing     _____ the original    __X_ a true copy thereof as stated below.

James O. Eiler, Esq.
Gary L. Angotti, Esq.
THARPE & HOWELL
Facsimile: (714) 437-7997
E-mail: Gangotti@tharpe-howell.com
Attorneys for Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR

Gregory F. Hurley, Esq.
Richard H. Hikida, Esq.
Alana R. Cho, Esq.
GREENBERG TRAURIG, LLP
Facsimile: (949) 732-6501
E-mail:  hurleyg@gtlaw.com; hikidar@gtlaw.com; choa@gtlaw.com
Attorneys for Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET

Russell A. Franklin, Esq.
John H. Horwitz, Esq.
SCHAFFER LAX MCNAUGHTON & CHEN
Facsimile: (213) 337-1010
E-mail: franklinr@slmclaw.com; horwitzj@slmclaw.com
Attorney for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67

Ryan M. Davies, Esq.
DAVIES LAW CORPORATION
Facsimile: (949) 340-9746
E-mail: rdavies@davieslawcorporation.com
Attorney for Defendant GRAND PLAZA, LLC

///

1  __X_____ **BY ELECTRONIC MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for electronic mailing.

_X_____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.

_____ **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_X_____ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on April 30, 2008, at San Diego, California.

S/Theodore A. Pinnock
Theodore A. Pinnock
E-Mail: Pinnock99@aol.com

3
Case Number: 08CV00121 JM (CAB)