1  **PINNOCK & WAKEFIELD, A.P.C.**
   Michelle L. Wakefield, Esq.   Bar #: 200424
2  David C. Wakefield, Esq.       Bar #: 185736
   3033 Fifth Avenue, Suite 410
3  San Diego, CA 92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

6  Gary L. Angotti, Esq.
   THARPE & HOWELL
7  600 West Santa Ana Blvd, Suite 705
   Santa Ana, CA 92701
8  Telephone: (714) 437-4900
   Facsimile: (714) 437-7997
9  E-mail Address: gangotti@tharpe-howell.com

10
   Attorney for Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR
11

12                   **UNITED STATES DISTRICT COURT**

13                   **SOUTHERN DISTRICT OF CALIFORNIA**

14

15 | **OUTERBRIDGE ACCESS ASSOCIATION,** | **Case No.: 08cv0121 JM (CAB)** |
   | **SUING ON BEHALF OF DIANE CROSS;** | |
16 | **and DIANE CROSS, An Individual,** | **JOINT MOTION AND MOTION TO** |
17 |                                      | **DISMISS ONLY DEFENDANT S. B.** |
   |             Plaintiffs,              | **RESTAURANT CO. d.b.a. ELEPHANT** |
18 |                                      | **BAR WITH PREJUDICE FROM** |
   |   v.                                 | **PLAINTIFFS' COMPLAINT.** |
19 |                                      | |
20 | **S. B. RESTAURANT CO. d.b.a.**      | |
   | **ELEPHANT BAR; SPROUTS FARMERS**    | |
21 | **MARKET, LLC d.b.a. SPROUTS**       | [Fed.R.Civ.P. Rule 41(a)(2)] |
   | **FARMERS MARKET; SPORT CHALET,**    | |
22 | **INC. d.b.a. SPORTS CHALET #67;**   | |
   | **LOEHMANN'S, INC. d.b.a.**          | |
23 | **LOEHMANN'S; KYUNG AH PARK d.b.a.** | |
   | **FASHION 5; GRAND PLAZA, LLC; AND** | |
24 | **DOES 1 THROUGH 10, Inclusive,**    | |
25 |                                      | |
26 |             Defendants.              | |
27

28

                    1       Case Number: 08cv0121 JM (CAB)

**THIS JOINT MOTION IS HEREBY MADE AND IT IS HEREBY STIPULATED** by and between OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs, on the one hand, and Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of ONLY Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR from Plaintiffs' Complaint, Case Number: 08cv0121 JM (CAB). Additionally, dismissal of ONLY Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR shall not affect the continuing litigation with the remaining Defendants.

**THIS JOINT MOTION IS HEREBY MADE AND IT IS SO STIPULATED.**

Dated: April 30, 2008           **PINNOCK & WAKEFIELD, A.P.C.**

                                By:   s/Michelle L. Wakefield
                                      Michelle L. Wakefield, Esq.
                                      Attorney for Plaintiffs
                                      E-mail: MichelleWakefield@
                                      PinnockWakefieldLaw.com


Dated: April 30, 2008           **THARPE & HOWELL**

                                By:   s/Gary L. Angotti
                                      Gary L. Angotti, Esq.
                                      Attorney for Defendant
                                      S. B. RESTAURANT CO. d.b.a.
                                      ELEPHANT BAR
                                      E-mail: gangotti@tharpe-
                                      howell.com