# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION SUING ON BEHALF OF DIANE CROSS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR, et al., <br><br> Defendants. | CASE NO. 08cv0121 JM (CAB) <br><br> **ORDER GRANTING JOINT MOTIONS TO DISMISS DEFENDANTS GRAND PLAZA, LLC AND S. B. RESTAURANT CO. D.B.A. ELEPHANT BAR WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT** <br><br> **(Doc. Nos. 33, 34)** |

Pursuant to the joint motions to dismiss, defendants Grand Plaza, LLC and S. B. Restaurant Co. d.b.a. Elephant Bar are hereby **DISMISSED** with prejudice from plaintiffs' complaint. Dismissal of these defendants shall not affect the continuing litigation of the remaining defendants.

**IT IS SO ORDERED.**

DATED: May 5, 2008

*[signature]*

Hon. Jeffrey T. Miller
United States District Judge