1 | **PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.    Bar #: 200424
2 | David C. Wakefield, Esq.    Bar #: 185736
3033 Fifth Avenue, Suite 410
3 | San Diego, CA 92103
Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646

5 | Attorneys for Plaintiffs

6 | Gregory F. Hurley, Esq.
Richard H. Hikida, Esq.
7 | Alana R. Cho, Esq.
GREENBERG TAURIG, LLP
8 | 3161 Michelson Drive, Suite 1000
Irvine, California 92612
9 | Telephone: (949) 732-6500
10 | Facsimile: (949) 732-6501

11 | Attorneys for Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET
12 |

13 | UNITED STATES DISTRICT COURT

14 | SOUTHERN DISTRICT OF CALIFORNIA

15 |

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: 08cv0121 JM (CAB)<br><br>**JOINT MOTION AND MOTION TO DISMISS <u>ONLY</u> DEFENDANT SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**THIS JOINT MOTION IS HEREBY MADE AND IT IS HEREBY STIPULATED** by and between OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs, on the one hand, and Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2), this Court enter a dismissal with prejudice of ONLY Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET from Plaintiffs' Complaint, Case Number: 08cv0121 JM (CAB). Additionally, dismissal of ONLY Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET shall not affect the continuing litigation with the remaining Defendants.

**THIS JOINT MOTION IS HEREBY MADE AND IT IS SO STIPULATED.**

Dated: May 6, 2008                **PINNOCK & WAKEFIELD, A.P.C.**

By:  s/ Michelle L. Wakefield
Michelle L. Wakefield, Esq.
Attorney for Plaintiffs
E-mail: MichelleWakefield@PinnockWakefieldLaw.com

Dated: May 6, 2008                **GREENBERG TRAURIG, LLP**

By:  s/ Alana R. Cho
Alana R. Cho, Esq.
Attorney for Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET
E-mail: choa@gtlaw.com

**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, <br><br> Plaintiffs, <br><br> v. <br><br> S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive, <br><br> Defendants. | Case No.: 08cv0121 JM (CAB) <br><br> PROOF OF SERVICE VIA FACSIMILE AND/OR ECF <br><br> [Fed.R.Civ.P. 6(e)] |

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the

1
Case Number: 08CV00121 JM (CAB)

within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **JOINT MOTION AND MOTION TO DISMISS ONLY DEFENDANT SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT** on all Defendants in this action by:

  X___ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Southern Division of California, Case Management/Electronic Case Files, Filing System.  I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

AND/OR BY:

  _X____ placing  _____ the original  ____X_ a true copy thereof as stated below.

James O. Eiler, Esq.
Gary L. Angotti, Esq.
THARPE & HOWELL
Facsimile: (714) 437-7997
E-mail: Gangotti@tharpe-howell.com
Attorneys for Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR

Gregory F. Hurley, Esq.
Richard H. Hikida, Esq.
Alana R. Cho, Esq.
GREENBERG TRAURIG, LLP
Facsimile: (949) 732-6501
E-mail:  hurleyg@gtlaw.com; hikidar@gtlaw.com; choa@gtlaw.com
Attorneys for Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET

```
 1  Russell A. Franklin, Esq.
    John H. Horwitz, Esq.
 2  SCHAFFER LAX MCNAUGHTON & CHEN
    Facsimile: (213) 337-1010
 3  E-mail: franklinr@slmclaw.com; horwitzj@slmclaw.com
    Attorney for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET
 4  #67
 5
    Ryan M. Davies, Esq.
 6  DAVIES LAW CORPORATION
    Facsimile: (949) 340-9746
 7  E-mail: rdavies@davieslawcorporation.com
    Attorney for Defendant GRAND PLAZA, LLC
 8
 9
        __X____  **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-
10
    3646 to the facsimile numbers listed above on the mailing list.
11
    The facsimile machine I used complied with Rule 6 (e), and no
12
    error was reported by the machine.
13
14
        _____  **STATE:** I declare under penalty of perjury, under the
15
    laws of the State of California, that the foregoing is true and
16
    correct.
17
18
        __X____  **FEDERAL:** I declare that I am employed in the office
19
    of a member of the Bar of this Court, at whose direction this
20
    service was made.
21
22
        **EXECUTED** on May 6, 2008, at San Diego, California.
23
24
                                    _____
25
                                        Angela T. Payne
26
27
28
```