# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION SUING ON BEHALF OF DIANE CROSS, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR, et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 08cv0121 JM (CAB)<br><br>**ORDER GRANTING JOINT MOTIONS TO DISMISS DEFENDANT SPROUTS FARMERS MARKET, LLC D.B.A. SPROUTS FARMERS MARKET WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT** |

Pursuant to the joint motion to dismiss, defendant Sprouts Farmers Market, LLC d.b.a. Sprouts Farmers Market is hereby **DISMISSED** with prejudice from Plaintiffs' complaint. Dismissal of this defendant shall not affect the continuing litigation of the remaining defendants.

**IT IS SO ORDERED.**

DATED: May 8, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge