**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.     Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

Russell A. Franklin, Esq.
John H. Horwitz, Esq.
SHAFFER LAX MCNAUGHTON & CHEN
515 South Figueroa Street, Suite 1400
Los Angeles, California 90071
Telephone: (213) 337-1000
Facsimile: (213) 337-1010
E-mail Address: franklin@slmclaw.com

Attorneys for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: 08cv0121 JM (CAB)<br><br>JOINT MOTION AND MOTION TO DISMISS <u>ONLY</u> DEFENDANT SPORT CHALET, INC. d.b.a. SPORTS CHALET #67 WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT. |

**THIS JOINT MOTION IS HEREBY MADE AND IT IS HEREBY STIPULATED** by and between OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs, on the one hand, and Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67 on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of ONLY Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67 from Plaintiffs' Complaint, Case Number: 08cv0121 JM (CAB). Additionally, dismissal of ONLY Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67 shall not affect the continuing litigation with the remaining Defendants.

**THIS JOINT MOTION IS HEREBY MADE AND IT IS SO STIPULATED.**

Dated: April 2, 2008          **PINNOCK & WAKEFIELD, A.P.C.**

                              By:  s/ Michelle L. Wakefield
                                   Michelle L. Wakefield, Esq.
                                   Attorney for Plaintiffs
                                   E-mail: MichelleWakefield@
                                   PinnockWakefieldLaw.com

Dated: April 2, 2008          **SCHAFFER LAX MCNAUGHTON & CHEN**

                              By:  s/
                                   Russell A. Franklin, Esq.
                                   Attorney for Defendant SPORT
                                   CHALET, INC. d.b.a. SPORTS
                                   CHALET #67
                                   E-mail: franklin@slmclaw.com

1  **PINNOCK & WAKEFIELD, A.P.C.**
   Michelle L. Wakefield, Esq.    Bar #: 200424
2  David C. Wakefield, Esq.       Bar #: 185736
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

6

7                UNITED STATES DISTRICT COURT

8                SOUTHERN DISTRICT OF CALIFORNIA

9

10 OUTERBRIDGE ACCESS ASSOCIATION,   Case No.:  08cv0121 JM (CAB)
   SUING ON BEHALF OF DIANE CROSS;
11 and DIANE CROSS, An Individual,
                                     PROOF OF SERVICE VIA ECF AND/OR
12          Plaintiffs,               FACSIMILE

13

14     v.                             [Fed.R.Civ.P. 6(e)]

15
   S. B. RESTAURANT CO. d.b.a.
16 ELEPHANT BAR; SPROUTS FARMERS
   MARKET, LLC d.b.a. SPROUTS
17 FARMERS MARKET; SPORT CHALET,
   INC. d.b.a. SPORTS CHALET #67;
18 LOEHMANN'S, INC. d.b.a.
   LOEHMANN'S; KYUNG AH PARK d.b.a.
19 FASHION 5; GRAND PLAZA, LLC; AND
   DOES 1 THROUGH 10, Inclusive,
20
            Defendants.
21

22

23 STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

24     I am employed in the County of San Diego, State of

25 California.  I am over the age of 18 and not a party to the

26 within action; my business address is 3033 Fifth Avenue, Suite

27 410, San Diego, California, 92103.

28

                                    1
                         Case Number: 08CV00121 JM (CAB)

On this date, I served the following document(s) described as JOINT MOTION AND MOTION TO DISMISS ONLY DEFENDANT SPORT CHALET, INC. d.b.a. SPORTS CHALET #67 WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT on all Defendants in this action by:

_X____ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Southern Division of California, Case Management/Electronic Case Files, Filing System. I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

AND/OR BY:

_X____ placing ______ the original ____X_ a true copy thereof as stated below.

James O. Eiler, Esq.
Gary L. Angotti, Esq.
THARPE & HOWELL
Facsimile: (714) 437-7997
E-mail: Gangotti@tharpe-howell.com
Attorneys for Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR

Gregory F. Hurley, Esq.
Richard H. Hikida, Esq.
Alana R. Cho, Esq.
GREENBERG TRAURIG, LLP
Facsimile: (949) 732-6501
E-mail: hurleyg@gtlaw.com; hikidar@gtlaw.com; choa@gtlaw.com
Attorneys for Defendant SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET

Russell A. Franklin, Esq.
John H. Horwitz, Esq.
SCHAFFER LAX MCNAUGHTON & CHEN
Facsimile: (213) 337-1010
E-mail: franklinr@slmclaw.com; horwitzj@slmclaw.com

1  Attorney for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET #67
2  **VIA FACSIMILE ONLY**
3  
4  Jacques Sapier, Esq.
   ESTATE PROTECTION LAW CENTER
   Facsimile: (858) 558 2021
5  E-mail: sapier@eplc-law.com
   Attorney for Defendant KYUNG AH PARK d.b.a. FASHIQN 5
6  
7  Ryan M. Davies, Esq.
   DAVIES LAW CORPORATION
   Facsimile: (949) 340-9746
8  E-mail: rdavies@davieslawcorporation.com
9  Attorney for Defendant GRAND PLAZA, LLC

10
11     __X__   **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-
12  3646 to the facsimile numbers listed above on the mailing list.
13  The facsimile machine I used complied with Rule 6 (e), and no
14  error was reported by the machine.
15
16     _____   **STATE:** I declare under penalty of perjury, under the
17  laws of the State of California, that the foregoing is true and
18  correct.
19
20     __X__   **FEDERAL:** I declare that I am employed in the office
21  of a member of the Bar of this Court, at whose direction this
22  service was made.
23
24     **EXECUTED** on May 15, 2008, at San Diego, California.
25
26
27  _____
    Angela T. Payne
28

3
Case Number: 08CV00121 JM (CAB)