| | |
|---|---|
| 1 | **PINNOCK & WAKEFIELD, A.P.C.** |
| | Michelle L. Wakefield, Esq.    Bar #: 200424 |
| 2 | David C. Wakefield, Esq.       Bar #: 185736 |
| | 3033 Fifth Avenue, Suite 410 |
| 3 | San Diego, CA 92103 |
| | Telephone: (619) 858-3671 |
| 4 | Facsimile: (619) 858-3646 |

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, | Case No.: 08cv0121 JM (CAB) |
| Plaintiffs, | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' COMPLAINT IN ITS ENTIRETY |
| v. | |
| S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive, | [Fed.R.Civ.P. Rule 41(a)(2)] |
| Defendants. | |

**IT IS HEREBY REQUESTED** by OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs, via their attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1), this Court

enter a voluntary dismissal of Plaintiffs' complaint with prejudice in its entirety, Case No: 08cv0121 JM (CAB), as all named Defendants have been dismissed.

**IT IS SO REQUESTED AND NOTICE SO GIVEN.**

Dated: May 15, 2008              **PINNOCK & WAKEFIELD, A.P.C.**

                                 By:  s/ Michelle L. Wakefield
                                      Michelle L. Wakefield, Esq.
                                      Attorney for Plaintiffs
                                      E-mail: MichelleWakefield@
                                      PinnockWakefieldLaw.com

**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR; SPROUTS FARMERS MARKET, LLC d.b.a. SPROUTS FARMERS MARKET; SPORT CHALET, INC. d.b.a. SPORTS CHALET #67; LOEHMANN'S, INC. d.b.a. LOEHMANN'S; KYUNG AH PARK d.b.a. FASHION 5; GRAND PLAZA, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: 08cv0121 JM (CAB)<br><br>PROOF OF SERVICE VIA ECF AND/OR FACSIMILE<br><br>[Fed.R.Civ.P. 6(e)] |

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

   I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

1
Case Number: 08CV00121 JM (CAB)

1  On this date, I served the following document(s) described
2  as NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS'
3  COMPLAINT IN ITS ENTIRETY on all Defendants in this action by:
4
5  __X____ **BY ELECTRONIC SERVICE TRANSMISSION** via the United
6  States District Court, Southern Division of California, Case
7  Management/Electronic Case Files, Filing System.  I served a copy
8  of the above listed document(s) to the e-mail addresses of the
9  addressee(s) by use of email as identified and maintained
10 therein.
11
12 AND/OR BY:
13   __X____ placing  _____ the original  ____X_ a true copy
14 thereof as stated below.
15
16 James O. Eiler, Esq.
   Gary L. Angotti, Esq.
17 THARPE & HOWELL
   Facsimile: (714) 437-7997
18 E-mail: Gangotti@tharpe-howell.com
   Attorneys for Defendant S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR
19
20 Gregory F. Hurley, Esq.
   Richard H. Hikida, Esq.
21 Alana R. Cho, Esq.
   GREENBERG TRAURIG, LLP
22 Facsimile: (949) 732-6501
   E-mail:  hurleyg@gtlaw.com; hikidar@gtlaw.com; choa@gtlaw.com
23 Attorneys for Defendant SPROUTS FARMERS MARKET, LLC d.b.a.
   SPROUTS FARMERS MARKET
24
25 Russell A. Franklin, Esq.
   John H. Horwitz, Esq.
26 SCHAFFER LAX MCNAUGHTON & CHEN
   Facsimile: (213) 337-1010
27 E-mail: franklinr@slmclaw.com; horwitzj@slmclaw.com
   Attorney for Defendant SPORT CHALET, INC. d.b.a. SPORTS CHALET
28 #67

**VIA FACSIMILE ONLY**

Jacques Sapier, Esq.
ESTATE PROTECTION LAW CENTER
Facsimile: (858) 558 2021
E-mail: sapier@eplc-law.com
Attorney for Defendant KYUNG AH PARK d.b.a. FASHION 5

Ryan M. Davies, Esq.
DAVIES LAW CORPORATION
Facsimile: (949) 340-9746
E-mail: rdavies@davieslawcorporation.com
Attorney for Defendant GRAND PLAZA, LLC

   __X__ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.

   _____ **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

   __X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

   **EXECUTED** on May 15, 2008, at San Diego, California.

_____
Angela T. Payne

3
Case Number: 08CV00121 JM (CAB)