# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION SUING ON BEHALF OF DIANE CROSS, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>S. B. RESTAURANT CO. d.b.a. ELEPHANT BAR, et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 08cv0121 JM (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT SPORT CHALET, INC. D.B.A. SPORTS CHALET #67 WITH PREJUDICE, AND GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>**(Doc. Nos. 38 & 39)** |

Pursuant to the joint motion to dismiss (Doc. no. 38), defendant Sport Chalet, Inc. d.b.a. Sports Chalet #67 is hereby **DISMISSED** with prejudice from Plaintiffs' complaint. Furthermore, pursuant to Plaintiff's voluntary motion to dismiss (Doc no. 39), this action is hereby **DISMISSED** with prejudice. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: May 19, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge